IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| FRED BLAKLEY | : | VIOLATION:<br>18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count)<br>Notice of forfeiture |

# INFORMATION

## COUNT ONE

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about January 22, 2025, in Mohave Valley, in the District of Arizona, defendant

**FRED BLAKLEY**,

knowing he had previously been convicted in a court of the United States of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and/or ammunition, that is, at least one of the following:

1. an IWI, model Galil Ace, 7.62x39mm caliber semi-automatic rifle, bearing serial number G0003382;

2. a Ruger, model AR-556, .224 Valkyrie caliber semi-automatic rifle, bearing serial number 855-36710;

3. a Gilboa, model M43, 7.62x39mm semi-automatic rifle, bearing serial number GM000171;

4. an Aero Precision, model EPC-9, 9mm semi-automatic pistol, bearing serial number SF-066664;

5. a Kel-Tec, model SUB2000, 9mm semi-automatic pistol, bearing serial number 24EAW15;

6. a CZ Firearms, model Scorpion 3 Plus, 9mm semi-automatic pistol, bearing serial number ZS024782;

7. a CMMG, model Mk10, 10mm semi-automatic pistol, bearing serial number CAP09988;

8. an FN, model FN-15, .556 caliber semi-automatic rifle, bearing serial number FNCR019884;

9. an Adam Arms, model AASF308, .308 caliber semi-automatic rifle equipped with a silencer, bearing serial number SFB0000142;

10. a Sig Sauer, model MCX, 7.62x39mm caliber semi-automatic rifle, bearing serial number 63J044233;

11. an IWI, model Galil Ace, 7.62x51mm caliber semi-automatic rifle, bearing serial number G1000076;

12. a Ruger, model AR-556, .556 caliber semi-automatic rifle, bearing serial number 1852-57008;

13. a Typhoon, model F12.1, 12-gauge semi-automatic shotgun, bearing serial number 21-B-2810;

14. a Smith & Wesson, model M2.0 10mm semi-automatic pistol, bearing serial number DLS4302;

15. a Century Arms International, model MKIII, bolt-action rifle, bearing serial number 19070;

16. a Remington, model 760 Gamemaster, .30-06 caliber bolt-action rifle, bearing serial number 6924020;

17. a JTS, 12-gauge shotgun bearing serial number MK2020504;

18. a Remington, model 700, .30-06 caliber bolt-action rifle, bearing serial number A6333586;

19. a Marlin, model 60, .22 caliber semi-automatic rifle, bearing serial number 02145885;

20. an M&M Industries, model M10X, 7.62x39mm caliber semi-automatic rifle, bearing serial number M10715;

21. a Smith & Wesson, model M&P 15-22, .22 caliber semi-automatic rifle, bearing serial number LBM3018;

22. a Ruger, model AR-556, .556 caliber semi-automatic rifle, bearing serial number 1802-57003;

23. a Derya Arms, model MK-12 VR-80, 12-gauge semi-automatic shotgun, bearing serial number R465602;

24. a Smith & Wesson, model M&P 15-22, .22 caliber semi-automatic rifle, bearing serial number LBM3297;

25. a Derya Arms, model VRPA-40, 12-gauge pump-action shotgun, bearing serial number R302941;

26. a Rossi, model RS22, .22 caliber semi-automatic rifle, bearing serial number 7CA023034L;

27. a Kel-Tec, model CMR30, .22 caliber semi-automatic rifle, bearing serial number YB708;

28. a Molot, model VEPR-12, 12-gauge semi-automatic shotgun, bearing serial number 16VAP2585;

29. a FOS TECH, model Origin, multi-caliber semi-automatic shotgun, bearing serial number FT-0006118; and

30. 44 boxes of assorted ammunition, totaling 37,923 rounds, seized from 1760 E Cottonwood Lane, Mohave Valley, Arizona and marked as FBI Exhibit # 1B130;

31. 4 boxes of assorted ammunition, totaling 829 rounds, seized from 1760 E Cottonwood Lane, Mohave Valley, Arizona and marked as FBI Exhibit # 1B13; and

32. 23 boxes of assorted ammunition, totaling 9,365 rounds, seized from 1760 E Cottonwood Lane, Mohave Valley, Arizona and marked as FBI Exhibit # 1B132;

and the firearm and/or ammunition was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

As a result of the violation of Title 18, United States Code, Section 922(g)(1) set forth in this information, defendant

## FRED BLAKLEY

shall forfeit to the United States of America, the firearms and ammunition involved in the commission of such violation, including, but not limited to:

1. an IWI, model Galil Ace, 7.62x39mm caliber semi-automatic rifle, bearing serial number G0003382;

2. a Ruger, model AR-556, .224 Valkyrie caliber semi-automatic rifle, bearing serial number 855-36710;

3. a Gilboa, model M43, 7.62x39mm semi-automatic rifle, bearing serial number GM000171;

4. an Aero Precision, model EPC-9, 9mm semi-automatic pistol, bearing serial number SF-066664;

5. a Kel-Tec, model SUB2000, 9mm semi-automatic pistol, bearing serial number 24EAW15;

6. a CZ Firearms, model Scorpion 3 Plus, 9mm semi-automatic pistol, bearing serial number ZS024782;

7. a CMMG, model Mk10, 10mm semi-automatic pistol, bearing serial number CAP09988;

8. an FN, model FN-15, .556 caliber semi-automatic rifle, bearing serial number FNCR019884;

9. an Adam Arms, model AASF308, .308 caliber semi-automatic rifle equipped with a silencer, bearing serial number SFB0000142;

10. a Sig Sauer, model MCX, 7.62x39mm caliber semi-automatic rifle, bearing serial number 63J044233;

11. an IWI, model Galil Ace, 7.62x51mm caliber semi-automatic rifle, bearing serial number G1000076;

12. a Ruger, model AR-556, .556 caliber semi-automatic rifle, bearing serial number 1852-57008;

13. a Typhoon, model F12.1, 12-gauge semi-automatic shotgun, bearing serial number 21-B-2810;

14. a Smith & Wesson, model M2.0 10mm semi-automatic pistol, bearing serial number DLS4302;

15. a Century Arms International, model MKIII, bolt-action rifle, bearing serial number 19070;

16. a Remington, model 760 Gamemaster, .30-06 caliber bolt-action rifle, bearing serial number 6924020;

17. a JTS, 12-gauge shotgun bearing serial number MK2020504;

18. a Remington, model 700, .30-06 caliber bolt-action rifle, bearing serial number A6333586;

19. a Marlin, model 60, .22 caliber semi-automatic rifle, bearing serial number 02145885;

20. an M&M Industries, model M10X, 7.62x39mm caliber semi-automatic rifle, bearing serial number M10715;

21. a Smith & Wesson, model M&P 15-22, .22 caliber semi-automatic rifle, bearing serial number LBM3018;

22. a Ruger, model AR-556, .556 caliber semi-automatic rifle, bearing serial number 1802-57003;

23. a Derya Arms, model MK-12 VR-80, 12-gauge semi-automatic shotgun, bearing serial number R465602;

24. a Smith & Wesson, model M&P 15-22, .22 caliber semi-automatic rifle, bearing serial number LBM3297;

25. a Derya Arms, model VRPA-40, 12-gauge pump-action shotgun, bearing serial number R302941;

26. a Rossi, model RS22, .22 caliber semi-automatic rifle, bearing serial number 7CA023034L;

27. a Kel-Tec, model CMR30, .22 caliber semi-automatic rifle, bearing serial number YB708;

28. a Molot, model VEPR-12, 12-gauge semi-automatic shotgun, bearing serial number 16VAP2585;

29. a FOS TECH, model Origin, multi-caliber semi-automatic shotgun, bearing serial number FT-0006118;

30. 44 boxes of assorted ammunition, totaling 37,923 rounds, seized from 1760 E Cottonwood Lane, Mohave Valley, Arizona and marked as FBI Exhibit # 1B130;

31. 4 boxes of assorted ammunition, totaling 829 rounds, seized from 1760 E Cottonwood Lane, Mohave Valley, Arizona and marked as FBI Exhibit # 1B13; and

32. 23 boxes of assorted ammunition, totaling 9,365 rounds, seized from 1760 E Cottonwood Lane, Mohave Valley, Arizona and marked as FBI Exhibit # 1B132.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

*Salvatore L. Astolfi for*
**DAVID METCALF**
**UNITED STATES ATTORNEY**

No. _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

vs.

THE UNITED STATES OF AMERICA

FRED BLAKELY

INFORMATION

18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count)

A true bill.

_____
Foreperson

Filed in open court this _____ day,
Of _____ A.D. 20 _____

_____
Foreperson

Bail, $ _____